Kit M. Stetina (SBN 82,977)
Gregory K. Clarkson (SBN 298,712)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>AREBESK INC., a California corporation; LEANA SHAYEFAR, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. D707,036**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff, Thirty Three Threads, Inc. f/k/a Toesox, Inc. ("Plaintiff"), for its Complaint against Arebesk, Inc. and Leana Shayefar, states and alleges as follows:

## PARTIES

1.    Plaintiff, Thirty Three Threads, Inc., formerly known as Toesox, Inc., is a corporation organized and existing under the laws of the State of California, and having a principal place of business at 1330 Park Center Drive, Vista, California

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. D707,036

92081.

2. Upon information and belief, Defendant Arebesk, Inc. ("Arebesk") is a corporation organized and existing under the laws of the state of California, and having a principal place of business at 10850 Wilshire Blvd., Suite 1120, Los Angeles, California 90024.

3. Upon information and belief, Defendant Leana Shayefar ("Shayefar") is an individual residing at 15506 Hamner Drive, Los Angeles California 90077, and is the president, sole corporate officer, and agent for service of process for Arebesk.

4. The true names and capacities of the Defendants named herein as DOES 1 through 10, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOE is legally responsible for the events and happenings hereinafter alleged and legally caused injury and damages proximately thereby to Plaintiff as herein alleged. Plaintiff will seek leave to amend the Complaint when the true names and capacities of said DOE Defendants have been ascertained. Arebesk, Shayefar, and DOES 1 through 10 are hereinafter collectively referred to as "Defendants".

5. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants participated in and is in some manner responsible for the acts described in this Complaint and any damages resulting therefrom.

6. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants has acted in concert and participation with each other concerning each of the claims in this Complaint.

7. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants were empowered to act as the agent, servant and/or employees of each of the other Defendants, and that all the acts alleged to have been done by each of them were authorized, approved and/or ratified by each of the other Defendants.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No.                                   2

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. D707,036

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## JURISDICTION AND VENUE

8.      This civil action arises under the laws of the United States of America, and specifically arises under the Patent Laws of the United States of America (35 U.S.C. §§1 *et seq.*).  Original jurisdiction is therefore proper in this Court under 28 U.S.C. §1331 and 28 U.S.C. §1338(a) and (b).

9.      Venue is proper in this judicial district under 28 U.S.C. 1400(b) as Defendants Arebesk and Shayefar reside in this judicial district.  Venue is also proper in this judicial district under 28 U.S.C. 1400(b) as Defendants Arebesk and Shayefar have committed acts of infringement in this judicial district and have a regular and established place of business in this judicial district.

## BACKGROUND OF THE CONTROVERSY

10.      On June 17, 2014, United States Patent No. D707,036 entitled "Sock" ("the '036 patent") was duly and legally issued to Joe Patterson.  Plaintiff is the record owner by assignment of the '036 patent with full and exclusive right to bring suit to enforce this patent.  A true and correct copy of the '036 patent is attached hereto as Exhibit A.

11.      The '036 patent claims the ornamental design for a sock as shown and described therein.  Exemplary figures from the '036 patent which define the claimed ornamental design are reproduced below:



FIG. 1



FIG. 5

Case No.                                    3

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

12.   Prior to the filing of the instant action, Plaintiff discovered that Defendant Shayefar was manufacturing, importing, marketing, and/or selling certain sock products in connection with the name "arebesk" (the "infringing product"). Photographs of a specimen of an infringing product are shown below:



13.   On March 28, 2018, Plaintiff, through counsel, transmitted a letter to Defendant Shayefar, placing her on notice of the '036 patent, informing her that the infringing products infringed the '036 patent, and demanding that she and her company cease and desist from making, selling, using, and importing the infringing products and any other similar products.  A true and correct copy of Plaintiff's letter of March 28, 2018 is attached hereto as Exhibit B.

14.   Plaintiff has not received any response to its letter of March 28, 2018.

15.   On the same day Plaintiff's letter was transmitted, Defendant Arebesk was registered as a corporation in the state of California, with Defendant Shayefar being named as its president, sole corporate officer and director, and agent for service of process.

16.   In the months since the transmittal of Plaintiff's letter of March 28, 2018, Defendants have considerably expanded the scope of their infringing activities.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Defendants are now known to offer for sale at least four differently colored versions of the infringing product through their internet website https://arebesk.com under the name "Phish Net." Exemplary images of infringing products presently offered though Defendants' internet website are shown below:






17. The resemblance between the ornamental design of the '036 patent and the infringing products is substantial, and an ordinary observer would be deceived by that substantial resemblance into believing the infringing products are the same as the patented design.

Case No. 5

18.     Defendants have therefore been infringing, and continue to infringe the '036 patent by making, using, offering for sale, selling and/or importing the infringing products.   Defendants' acts of infringement have occurred within this district and elsewhere throughout the United States.

## FIRST CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. D707,036)

19.     Plaintiff realleges and repeats the allegations of paragraphs 1-18 herein.

20.     Plaintiff is the owner of all right, title and interest to United States Patent No. D707,036 entitled "Sock".   The '036 patent was duly and lawfully issued on June 17, 2014 and is presently valid and in full effect.

21.     Upon information and belief, Defendants have been and are infringing the '036 patent within this district and elsewhere in the United States by making, using, selling, distributing and/or offering for sale the infringing products within the United States, and/or importing the infringing products into the United States.

22.     Upon information and belief, by the acts of patent infringement herein complained of, the Defendants have made substantial profits to which they are not equitably entitled.

23.     By reason of the aforementioned acts of the Defendants, the Plaintiff has suffered great detriment in a sum which exceeds this Court's jurisdictional amount, but which cannot be ascertained at this time.

24.     Upon information and belief, Defendants continue to infringe Plaintiff's '036 patent, and will continue to infringe Plaintiff's '036 patent to Plaintiff's irreparable harm, unless enjoined by this Court.

25.     The infringement of the '036 patent by Defendants after receiving notice of the '036 patent has been willful, entitling Plaintiff to enhanced damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

A.     A judgment that Defendants have infringed, contributorily infringed,

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No.                                    6

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. D707,036

and/or induced infringement of the patent-in-suit;

B.  A judgment that Defendants' infringement of the patent-in-suit has been willful;

C.  A preliminary and permanent injunction, pursuant to 35 U.S.C. §283, enjoining Defendants, and all persons in active concert or participation with them, from any further acts of infringement of the patent-in-suit;

D.  An order, pursuant to 35 U.S.C. §284, awarding Plaintiff damages adequate to compensate Plaintiff for Defendants' infringement of the patent-in-suit, in an amount to be determined at trial, but in no event less than a reasonable royalty;

E.  An order, pursuant to 35 U.S.C. §284, trebling all damages awarded to Plaintiff based on Defendants' willful infringement of the patent-in-suit;

F.  An order, pursuant to 35 U.S.C. §285, finding that this is an exceptional case and awarding to Plaintiff its reasonable attorneys' fees incurred in this action; and

G.  That Plaintiff have such other and further relief that the Court may deem just and proper.

Dated:  November 20, 2018          STETINA BRUNDA GARRED & BRUCKER


                                    By: /s/Kit M. Stetina
                                        Kit M. Stetina
                                        Gregory K. Clarkson
                                        Attorneys for Plaintiff
                                        THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## DEMAND FOR JURY TRIAL

Plaintiff, Thirty Three Threads, Inc. hereby demands a jury trial in this action.

Dated: November 20, 2018          STETINA BRUNDA GARRED & BRUCKER


By: /s/Kit M. Stetina
    Kit M. Stetina
    Gregory K. Clarkson
    Attorneys for Plaintiff
    THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No.                    8

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. D707,036