# EXHIBIT A

US00D707036S

## (12) United States Design Patent
### Patterson

(10) Patent No.: **US D707,036 S**
(45) Date of Patent: ✱✱ **Jun. 17, 2014**

(54) **SOCK**

(71) Applicant: **ToeSox, Inc.**, Vista, CA (US)

(72) Inventor: **Joe Patterson**, Carlsbad, CA (US)

(73) Assignee: **ToeSox, Inc.**, Vista, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/464,408**

(22) Filed: **Aug. 15, 2013**

(51) **LOC (10) Cl.** ................................................ **02-04**
(52) **U.S. Cl.**
USPC ........................................................ **D2/980**
(58) **Field of Classification Search**
USPC .......................... D2/897–898, 980–994, 902; 2/239–242, 409; 66/178 R; 36/88, 94, 36/102
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 39,569 | A | * | 8/1863 | Harmon | 2/239 |
| 5,867,838 | A | * | 2/1999 | Corry | 2/239 |
| 5,906,007 | A | * | 5/1999 | Roberts | 2/239 |
| 6,324,698 | B1 | * | 12/2001 | Freeman | 2/239 |
| D498,916 | S | * | 11/2004 | Lowell | D2/980 |
| 7,107,626 | B1 | * | 9/2006 | Andrews | 2/239 |
| D538,527 | S | * | 3/2007 | Ransan | D2/989 |
| D548,951 | S | * | 8/2007 | Paulin | D2/980 |
| D581,654 | S | * | 12/2008 | Miliotis | D2/980 |
| 7,784,115 | B1 | * | 8/2010 | Nemcik | 2/239 |
| D626,740 | S | * | 11/2010 | Stevenson | D2/981 |
| 7,882,714 | B2 | * | 2/2011 | Roberts | 66/186 |
| D662,311 | S | * | 6/2012 | Sudit | D2/980 |
| D664,349 | S | * | 7/2012 | Sudit | D2/980 |
| D683,949 | S | * | 6/2013 | Baxter | D2/983 |
| D687,155 | S | * | 7/2013 | Caden | D24/192 |
| 2008/0127520 | A1 | * | 6/2008 | Luedecke et al. | 36/102 |
| 2010/0212068 | A9 | * | 8/2010 | Nemcik | 2/239 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Kathleen M Sims
(74) *Attorney, Agent, or Firm* — Todd J. Langford; Eric A. Hanscom

(57) **CLAIM**

The ornamental design for a sock, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a sock, showing my new design while in use;
FIG. **2** is a bottom view;
FIG. **3** is a left side view;
FIG. **4** is a back view;
FIG. **5** is a top view;
FIG. **6** is a front; and,
FIG. **7** is a right side view thereof.
The broken lines are included for the purpose of showing environmental structure and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**      Jun. 17, 2014      Sheet 1 of 2      US D707,036 S



FIG. 1



FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

# EXHIBIT B

LAW OFFICES

*Stetina Brunda Garred & Brucker*

A PROFESSIONAL CORPORATION
PATENT, TRADEMARK, COPYRIGHT AND UNFAIR COMPETITION CAUSES

75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656

KIT M. STETINA
BRUCE B. BRUNDA
WILLIAM J. BRUCKER
MARK B. GARRED
MATTHEW A. NEWBOLES
ERIC L. TANEZAKI
LOWELL ANDERSON
JAMES C. YANG
SHUNSUKE S. SUMITANI
MICHAEL J. ZINGALE
―――――――――
GREGORY K. CLARKSON
TOBIN L. HOBBS
STEPHEN M. HAMON

TELEPHONE       (949) 855-1246
FACSIMILE I      (949) 855-6371
FACSIMILE II     (949) 716-8197
www.stetinalaw.com
Writer's Direct E-mail:
kstetina@stetinalaw.com

March 28, 2018

**THIS MATTER REQUIRES YOUR PROMPT REPLY**

**VIA EMAIL AND FEDERAL EXPRESS**
leana@arebesk.com
customercare@arebesk.com
Standard Delivery

Leana Shayefar
AREBESK
10850 Wilshire Blvd.
Suite 1120
Los Angeles, CA 90024

Leana Shayefar
15506 Hamner Drive
Los Angeles, CA 90077

RE:    *Thirty Three Threads, Inc. v. Arebesk*
        Patent Infringement
        Our Ref.:  TOESX-071L

Dear Ms. Shayefar:

Please be advised that this firm represents Thirty Three Threads, Inc., formerly known as Toesox, Inc., of Vista, California in patent, trademark, copyright and unfair competition matters. As you are aware, Thirty Three Threads, Inc. is the originator and manufacturer of unique yoga sock products.  Due to the uniqueness of our client's yoga sock products, our client has obtained numerous United States patents and design patents.  In particular our client has obtained U.S. Design Patent No. D707,036, a copy of which is enclosed for your review.

Thirty Three Threads, Inc. has informed us that your company is manufacturing, marketing and/or selling a yoga sock product as shown below which is substantially identical to our client's patented design:

*Stetina Brunda Garred & Brucker*

March 28, 2018
Page 2



As you have been previously informed, your manufacture, sale, use or importation of such yoga sock product comprises acts of patent infringement. Under United States law, a patent owner is given the exclusive rights to manufacture, use, sell or import the claimed invention in the United States. Additionally, Title 35 of the United States Code provides monetary damages and preliminary and permanent injunctive relief for such infringement. Further, if such infringement is determined by a court to be willful, such damages can be trebled.

Accordingly, we demand on behalf of our client that Arebesk immediately cease and desist from all further manufacture, sale, importation and/or offer for sale of infringing products, and immediately recall any such products that have already been distributed.  Further, to the extent that Arebesk has the infringing product manufactured by a third party, Thirty Three Threads demands identification of that third party or supplier.  Also, Thirty Three Threads demands an accounting of all such infringing products sold to date, along with the indication of the amount remaining in inventory.  Based upon Arebesk's immediate commitment to the above terms, Thirty Three Threads will then determine how to fully resolve this matter.

Arebesk's failure to cease selling the accused product and failure to provide the requested information will require Thirty Three Threads to consider filing a civil action in the United States District Court for the Central District of California for patent infringement and all other appropriate relief. Further, any continued sales of the product, will no doubt be viewed by a Court as willful infringement, and our client will seek increased damages and attorney fees.

Due to the importance of this matter, Thirty Three Threads requests your response no later than **April 6, 2018.**  Your compliance with the above-requested demands will certainly aid in a potential resolution of this matter.

*Stetina Brunda Garred & Brucker*

March 28, 2018
Page 3

  This letter is not intended to be a full statement of the facts in these matters, nor is it a waiver of any of our client's rights or remedies, whether at law or equity, or those of any respective parties, all of which are hereby expressly reserved.

  We look forward to your immediate reply.

       Very truly yours,

       STETINA BRUNDA GARRED & BRUCKER

       Kit M. Stetina

KMS/th
Encls.
Cc: Thirty Three Threads, Inc.