JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AREBESK INC., a California corporation; LEANA SHAYEFAR, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-09765-RGK-FFM<br><br>Hon. R. Gary Klausner<br><br>**ORDER DISMISSING CASE [39]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Joint Notice of Dismissal and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Complaint and Defendants' Counterclaims in the above-referenced action is hereby dismissed without prejudice. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

DATED: August 29, 2019

R. Gary Klausner
United States District Judge